499 A.2d 579

**COMMONWEALTH of Pennsylvania, Petitioner,**

**v.**

**Edward Charles RANDALL, Sr., aka Charles Randall, Respondent.**

Supreme Court of Pennsylvania.

Oct. 22, 1985.

Petition for Allowance of Appeal GRANTED, No. 137 E.D. Appeal Docket 1985.